UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
Sentry Office Plz
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for  Rocket Mortgage, LLC f/k/a Quicken
Loans, LLC

| | |
|---|---|
| In Re:<br><br>  Patricia Barbara Mossop a/k/a Patricia B. Mossop, a/k/a Patricia English<br><br>                Debtor(s) | Case No.:    <u>23-17605 JNP</u><br><br>Chapter:     <u>13         </u><br><br>Hearing Date: December 12, 2023<br><br>Judge:     <u>Jerrold N. Poslusny Jr.</u> |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below

has been:

☒ Settled ☐ Withdrawn

Matter: <u>Motion for Relief from Stay re: 207 Hillsdale Terrace, Mantua, NJ (Docket # 23)          </u>

_____

Date: December 08, 2023

                                              **/s/Denise Carlon    **
                        Signature:     Denise Carlon, Esq.

*rev. 8/1/15*