Order Filed on December 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Patricia Barbara Mossop

Case No.: 23-17605

Chapter: 13

Hearing Date:

Judge: JNP

## ORDER VACATING

Order Granting Motion For Relief From Stay

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 14, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court on its own motion finds that the:

## Order Granting Motion For Relief From Stay

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated    12/12/2023    , be and the same is hereby vacated.

*revised 2/25/14*