| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Andrew T. Archer, Esquire<br>125 Route 73 North<br>West Berlin, NJ 08091<br>(856) 963-5000<br>Attorney for the Debtor(s)<br>00527200 | Order Filed on January 2, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Patricia Barbara Mossop,<br><br>                              Debtor(s). | Case No.:  23-17605 (JNP)<br>Chapter:  13<br>Judge:  Jerrold N. Poslusny, Jr |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 2, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  October 17, 2023  :

Property:  207 Hillside Terrace, Mantua, NJ 08051

Creditor:  Rocket Mortgage

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  the Debtor(s) , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by  _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  3.24.24 .

[ ] The Loss Mitigation Period is terminated, effective  _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2