| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| KML Law Group, P.C.<br>By:  Denise Carlon, Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>Attorneys for Secured Creditor:  Rocket Mortgage, LLC f/k/a Quicken Loans, LLC | Order Filed on April 24, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>  Patricia Barbara Mossop a/k/a Patricia B. Mossop, a/k/a Patricia English<br>                    Debtor(s) | Case No.:       23-17605 JNP<br><br>Judge:           Jerrold N. Poslusny Jr.<br><br>Chapter:         13 |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 24, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on :

Property:    207 Hillside Ter Mantua, NJ 08051
Creditor:    Rocket Mortgage, LLC f/k/a Quicken Loans, LLC

and a Request for

- ☐ Extension of the 90 day Loss Mitigation Period having been filed by _____,
  and for good cause shown

- ■ Early Termination of the Loss Mitigation Period having been filed by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC,
  and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated.