UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
125 Route 73 North
West Berlin, NJ 08091
(856) 963-5000
Attorney for the Debtor(s)
00527200

In Re:
Patricia Barbara Mossop,

Debtor(s).

Order Filed on August 15, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-17605 (JNP)
Chapter: 13
Judge: Jerrold N. Poslusny, Jr

# ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 15, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on October 17, 2023  :

Property:    207 Hillside Terrace, Mantua, NJ 08051

Creditor:    Rocket Mortgage

and a Request for

[X]    Extension of the Loss Mitigation Period having been filed by  the Debtor(s)  , and for good cause shown,

[ ]    Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X]    The Loss Mitigation Period is extended up to and including  10.7.24  .

[ ]    The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2