Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 23–17605–JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Patricia Barbara Mossop
    aka Patricia B. Mossop, aka Patricia
    English
    207 Hillside Terrace
    Mantua, NJ 08051

Social Security No.:
    xxx–xx–2463

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                January 7, 2025
Time:              11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*61* – Certification in Opposition to (related document:60 Creditor's Certification of Default (related document:31 Order (Generic)) filed by Denise E. Carlon on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC. Objection deadline is 12/20/2024. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC) filed by Andrew Thomas Archer on behalf of Patricia Barbara Mossop. (Archer, Andrew)

and transact such other business as may properly come before the meeting.

Dated: December 12, 2024
JAN: kvr

                                                            Jeanne Naughton
                                                             Clerk