Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−17605−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia Barbara Mossop
   aka Patricia B. Mossop, aka Patricia
   English
   207 Hillside Terrace
   Mantua, NJ 08051

Social Security No.:
   xxx−xx−2463

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                January 7, 2025
Time:                11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*61* − Certification in Opposition to (related document:60 Creditor's Certification of Default (related document:31 Order (Generic)) filed by Denise E. Carlon on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC. Objection deadline is 12/20/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC) filed by Andrew Thomas Archer on behalf of Patricia Barbara Mossop. (Archer, Andrew)

and transact such other business as may properly come before the meeting.


Dated: December 12, 2024
JAN: kvr

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                 Case No. 23-17605-JNP
Patricia Barbara Mossop                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 2
Date Rcvd: Dec 12, 2024            Form ID: 173            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

**Recip ID**      **Recipient Name and Address**
db      + Patricia Barbara Mossop, 207 Hillside Terrace, Mantua, NJ 08051-1223

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2024            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Andrew B Finberg
     ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew Thomas Archer
     on behalf of Debtor Patricia Barbara Mossop aarcher@spillerarcherlaw.com
     bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com

Denise E. Carlon
     on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
     on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Dec 12, 2024 | Form ID: 173 | Total Noticed: 1
TOTAL: 5