| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Andrew T. Archer, Esquire<br>125 Route 73 North<br>West Berlin, NJ 08091<br>(856) 963-5000<br>Attorney for the Debtor(s)<br>00527200 | Order Filed on July 10, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Patricia Barbara Mossop,<br><br>                                        Debtor(s). | Case No.:  23-17605 (JNP)<br>Chapter:  13<br>Judge:  Jerrold N. Poslusny, Jr |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 10, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  October 17, 2023  :

Property:   207 Hillside Terrace, Mantua, NJ 08051

Creditor:   Rocket Mortgage

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  the Debtor(s)  , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  09.30.25  .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 23-17605-JNP
Patricia Barbara Mossop                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                              Page 1 of 1
Date Rcvd: Jul 10, 2025                       Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2025:**

**Recip ID          Recipient Name and Address**
db              +  Patricia Barbara Mossop, 207 Hillside Terrace, Mantua, NJ 08051-1223

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2025                            Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2025 at the address(es) listed below:**

**Name**                    **Email Address**
Andrew B Finberg
                            courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew Thomas Archer
                            on behalf of Debtor Patricia Barbara Mossop aarcher@spillerarcherlaw.com
                            bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com

Denise E. Carlon
                            on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com,
                            bkgroup@kmllawgroup.com

Denise E. Carlon
                            on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
                            USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5