**UNITED STATES BANRUPTCY COURT FOR**
**THE DISTRICT OF NEW JERSEY**

In re:

Patricia B. Mossop

Debtor(s).

Case No. 23-17605 JNP

Chapter 13

**NOTICE OF SATISFACTION OF PROOF OF CLAIM # 2-1**

**TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:**

NOTICE IS HEREBY GIVEN that the US Department of Education ("Creditor"),

considers the Proof of Claim filed on September 21, 2023, and assigned claim number 2-1, satisfied as of the

date of this Notice. The loans have been forgiven and any future disbursements on claim number 2-1 should cease at

this time.

Dated: <u>December 10, 2025</u>

Respectfully submitted,

<u>/s/ Julie Yang</u>
Julie Yang
Operations Specialist Senior
US Department of Education
P.O. Box 16448
St. Paul, MN 55116-0448

2015-N-4507

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 10, 2025, via electronic notice unless otherwise stated:

**Andrew B. Finberg**
Office of the Chapter 13 Standing Trustee
535 Route 38
Suite 580
Cherry Hill, NJ  08002

*U.S. Trustee*
**U.S. Trustee**
**US Dept of Justice**
**Office of the US Trustee**
One Newark Center
Suite 2100
Newark, NJ 07102

**Lavita R. Ball**
Attorney for Debtor
Geraci Law L.L.C
55 East Monroe Street
Suite #3400
Chicago, IL 60603

/s/ Julie Yang
Julie Yang
Operations Specialist Senior
US Department of Education
P.O. Box 16448
St. Paul, MN 55116-0448

SATISFACTION OF CLAIM - CERTIFICATE OF SERVICE                                           2015-N-4507