Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−17605−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Patricia Barbara Mossop
  aka Patricia B. Mossop, aka Patricia
  English
  207 Hillside Terrace
  Mantua, NJ 08051

Social Security No.:
  xxx−xx−2463

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:      1/8/26
Time:      02:00 PM
Location:  4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney, period: 4/19/2024 to 12/5/2025

COMMISSION OR FEES
Fee:$3,220.00

EXPENSES
$7.27

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 8, 2025
JAN:

                                        Jeanne Naughton
                                        Clerk

Case 23-17605-JNP    Doc 88    Filed 12/10/25    Entered 12/11/25 00:12:42    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-17605-JNP |
| Patricia Barbara Mossop | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 08, 2025 | Form ID: 137 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Barbara Mossop, 207 Hillside Terrace, Mantua, NJ 08051-1223 |
| 520012979 | + | KML Law Group, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |
| 520012980 | + | Mantua Township Municipal Utilities Auth, 397 Main St, Mantua, NJ 08051-1049 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Dec 08 2025 20:53:21 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 08 2025 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 08 2025 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520012975 | + | Email/Text: bankruptcy@pepcoholdings.com | Dec 08 2025 21:01:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 520022473 | + | Email/Text: bankruptcy@pepcoholdings.com | Dec 08 2025 21:01:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520012976 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 08 2025 21:01:00 | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 520012978 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 08 2025 21:01:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520012981 | | Email/Text: bankruptcies@penncredit.com | Dec 08 2025 21:00:00 | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 520012983 | | Email/Text: pattim@rickart.com | Dec 08 2025 21:01:00 | Rickart Collection Systems, 575 Milltown Road P.O. Box 7242, North Brunswick, NJ 08902 |
| 520012982 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2025 21:03:21 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520012984 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Dec 08 2025 21:01:00 | Rocket Mortgage f/k/a Quicken Loans, 635 Woodward Ave, Detroit, MI 48226-3408 |
| 520039821 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Dec 08 2025 21:01:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 520012986 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 08 2025 21:00:00 | State Of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520080483 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 08 2025 21:00:00 | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695 |
| 520012985 | + | Email/Text: bankruptcynotice@sjindustries.com | | |

| | | | |
|---|---|---|---|
| | | Dec 08 2025 21:01:00 | South Jersey Gas, PO Box 577, Hammonton, NJ 08037-0577 |
| 520030670 | Email/Text: EDBKNotices@ecmc.org | Dec 08 2025 21:00:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Rocket Mortgage f/k/a Quicken Loans, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 520012977 | *+ | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2025         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew Thomas Archer | on behalf of Debtor Patricia Barbara Mossop aarcher@spillerarcherlaw.com mcdoherty_187750@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5