Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 23-17605 (JNP)

Patricia Barbara Mossop
207 Hillside Terrace
Mantua, NJ  08051

Monthly Payment: $438.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/06/2025 | $400.00 | 02/03/2025 | $400.00 | 03/05/2025 | $400.00 | 03/13/2025 | $400.00 |
| 04/21/2025 | $400.00 | 05/19/2025 | $440.00 | 06/20/2025 | $440.00 | 07/24/2025 | $440.00 |
| 08/18/2025 | $440.00 | 09/18/2025 | $440.00 | 10/23/2025 | $440.00 | 11/18/2025 | $440.00 |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PATRICIA BARBARA MOSSOP | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $4,150.00 | $4,150.00 | $0.00 | $3,775.61 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $1,425.00 | $1,425.00 | $0.00 | $1,145.63 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $542.50 | $542.50 | $0.00 | $0.00 |
| 1 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $3,860.96 | $0.00 | $0.00 | $0.00 |
| 2 | COLLECTION SERVICE CENTER, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | KML LAW GROUP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | TOWNSHIP OF MANTUA | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | PENN CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | RESURGENT CAPITAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | RICKART COLLECTION SYSTEMS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ROCKET MORTGAGE, LLC | 24 | $20,420.06 | $0.00 | $20,420.06 | $0.00 |
| 10 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | STATE OF NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ANDREW THOMAS ARCHER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ROCKET MORTGAGE, LLC | 13 | $538.00 | $538.00 | $0.00 | $489.46 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 09/01/2023 | 20.00 | $400.00 |
| 05/01/2025 | 16.00 | $438.00 |
| 09/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,080.00 |
| Total paid to creditors this period: | $5,410.70 |
| Undistributed Funds on Hand: | $3,327.21 |
| Arrearages: | $421.00 |
| Attorney: | ANDREW T. ARCHER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**