Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−17605−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Patricia Barbara Mossop
aka Patricia B. Mossop, aka Patricia
English
207 Hillside Terrace
Mantua, NJ 08051

Social Security No.:
xxx−xx−2463

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 24, 2026.

Dated: August 25, 2026
JAN: elb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 23-17605-JNP

Patricia Barbara Mossop Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 2

Date Rcvd: Aug 25, 2026 Form ID: plncf13 Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Barbara Mossop, 207 Hillside Terrace, Mantua, NJ 08051-1223 |
| 520012979 | + | KML Law Group, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |
| 520012980 | + | Mantua Township Municipal Utilities Auth, 397 Main St, Mantua, NJ 08051-1049 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Aug 25 2026 21:38:44 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 25 2026 21:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 25 2026 21:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520012975 | + | Email/Text: bankruptcy@pepcoholdings.com | Aug 25 2026 21:49:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 520022473 | + | Email/Text: bankruptcy@pepcoholdings.com | Aug 25 2026 21:49:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520012976 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 25 2026 21:49:00 | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 520012978 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 25 2026 21:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520012981 | | Email/Text: bankruptcies@penncredit.com | Aug 25 2026 21:48:00 | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 520012983 | | Email/Text: pattim@rickart.com | Aug 25 2026 21:49:00 | Rickart Collection Systems, 575 Milltown Road P.O. Box 7242, North Brunswick, NJ 08902 |
| 520012982 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 21:52:08 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520012984 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 25 2026 21:49:00 | Rocket Mortgage f/k/a Quicken Loans, 635 Woodward Ave, Detroit, MI 48226-3408 |
| 520039821 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 25 2026 21:49:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 520012986 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 25 2026 21:48:00 | State Of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520080483 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 25 2026 21:48:00 | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695 |
| 520012985 | + | Email/Text: bankruptcynotice@sjindustries.com | | |

| | | | |
|---|---|---|---|
| | | Aug 25 2026 21:49:00 | South Jersey Gas, PO Box 577, Hammonton, NJ 08037-0577 |
| 520030670 | Email/Text: EDBKNotices@ecmc.org | Aug 25 2026 21:48:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Rocket Mortgage f/k/a Quicken Loans, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 520012977 | *+ | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew Thomas Archer | on behalf of Debtor Patricia Barbara Mossop aarcher@spillerarcherlaw.com mcdoherty_187750@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5